UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO: EDCR 08-148-MWF |
| Plaintiff, ) | **\*AMENDED\* JUDGMENT AND COMMITMENT ORDER UPON REVOCATION OF SUPERVISED RELEASE** |
| vs ) | |
| Peyton Jamar Adams, ) | |
| Defendant. ) | |
| _____ ) | |

   WHEREAS, on December 9, 2014, came the attorney for the Government, Puneet V. Kakkar, and the defendant appeared in custody with appointed counsel DFPD Oswald Parada, the defendant admitted allegation 1, as stated in the Petition on Probation and Supervised Release filed on August 12, 2014.

   WHEREAS, on December 9, 2014, the defendant admitted the violations and the Court finds that the defendant violated the conditions of supervised release order imposed on December 21, 2009.

   IT IS ADJUDGED, upon the findings of the Court, the period of supervised release is revoked.  The defendant is committed to the custody of the Bureau of

1  Prisons for a term of sixty (60) days to be calculated from the date defendant was
2  taken into custody (October 14, 2014).  Upon release from imprisonment, the
3  defendant shall continue on Supervised Release for a period of 24 (twenty-four)
4  months.  The defendant shall be placed under the supervision of the Central
5  District of California OR the District of South Dakota, as determined the Probation
6  Office, assuming the District of South Dakota is willing to assume supervision.
7  The defendant shall participate in an anger management or domestic abuse
8  counseling or classes, at the discretion of the Probation Office.

10     The defendant is advised of his right to appeal.

12     IT IS ORDERED that the Clerk deliver a copy of this Judgment and
13  Commitment Order to the U.S. Marshal and the U.S. Probation Office and this
14  copy shall serve as the commitment of the defendant.

16  DATE: December 9, 2014
17                                    _____
                                      Hon. Michael W. Fitzgerald
                                      UNITED STATES DISTRICT JUDGE

19  FILED: December 10, 2014
20  TERRY NAFISI,  CLERK

22  by Rita Sanchez
       Deputy Clerk

24  cc:   USPO
          USMS
25        BOP