1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: ED CR 08-00148-MWF |
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| PEYTON JAMAR ADAMS, | ) | |
| Defendant. | ) | |

16        The defendant having been arrested in this District pursuant to a warrant

17  issued by the United States District Court for the CENTRAL District of

18  CALIFORNIA for alleged violation(s) of the terms and conditions of probation or

19  supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22  A. (X)   The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              (X)    information in the Pretrial Services Report and Recommendation

26              (X)    information in the violation petition and report(s)

27              (X)    the defendant's nonobjection to detention at this time

28              ( )    other: Allegations of failing to report and absconting

1

1   and/ or

2   B. (X)   The defendant has not met his/her burden of establishing by clear and

3   convincing evidence that he/she is not likely to pose a danger to the safety

4   of any other person or the community if released under 18 U.S.C.

5   § 3142(b) or (c).  This finding is based on the following:

6   (X)   information in the Pretrial Services Report and Recommendation

7   (X)   information in the violation petition and report(s)

8   (X)   the defendant's nonobjection to detention at this time

9   (  )   other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:   April 6, 2015

15   _____
     KENLY KIYA KATO
     United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28